**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                          Civil Action No.  1:14-cv-00715-LMB-JFA

JOHN DOE, subscriber assigned IP address
76.114.247.60,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 76.114.247.60.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  September 12, 2014

                                                          Respectfully submitted,

                                                          By:    /s/ *William E. Tabot*
                                                          William E. Tabot PC
                                                          9248 Mosby Street
                                                          Manassas, VA 20110-5038
                                                          Phone: 703-530-7075
                                                          Email: wetabotesq@wetlawfirm.com
                                                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By: _/s/ *William E. Tabot*_____
                                      William E. Tabot